IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA A. SCOTT, WILLIAM L. AUSTIN, and MONIQUE L. JONES, *individually and as Mother and Next Friend of D.T.*, *a minor*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SEAN ADAMS, KEVIN PHEGLEY, ELIJAH MOYERS, CHAD NORD, POLICE OFFICERS OF CAHOKIA POLICE DEPARTMENT, and VILLAGE OF CAHOKIA, ILLINOIS,<br><br>　　　　Defendants. | Case No. 12-cv-1121-JPG-DGW |

## JUDGMENT

　　The Court having been advised by counsel for the parties that the above action has been settled;

　　IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated:  April 9, 2013　　　　　　　　　　NANCY J. ROSENSTENGEL, Clerk of Court

　　　　　　　　　　　　　　　　　　　　By:s/Deborah Agans, Deputy Clerk

**Approved:**　s/ J. Phil Gilbert
　　　　　　　**J. PHIL GILBERT**
　　　　　　　**DISTRICT JUDGE**